UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLI CURDY,

               Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C21-5346-MLP

ORDER

       On August 25, 2021, the Court ordered Plaintiff to show cause by September 23, 2021, why this case should not be dismissed for failure to prosecute. (Dkt. # 7.) Plaintiff filed a response on September 30, 2021. (Dkt. # 8.) On further review of the record, it appears Plaintiff served Defendants prior to summonses being issued by the Clerk. (*See* dkt. ## 2, 6.) The summonses Plaintiff presumably provided to Defendants, lacking the Clerk's signature and the seal of the Court, were insufficient to effectuate proper service. *See* Fed. R. Civ. Proc. 4(a)(1)(F)-(G).

       To avoid prejudice to Plaintiff due to counsel's error, the Court finds good cause to extend the deadline for service. *See* Fed. R. Civ. Proc. 4(m). Plaintiff is hereby ORDERED to effectuate proper service by October 8, 2021.

ORDER - 1

1 | Dated this 30th day of September, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2